| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | JOSEPH B. FRUEH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | E-mail: joseph.frueh@usdoj.gov<br>Telephone: (916) 554-2702 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Defendant |
| 7 | UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RENE SALGUERO PAIZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　　　Defendant. | Case No. 2:18-CV-01779-JAM-EFB<br><br>**SECOND STIPULATION AND ORDER FOR CONTINUING DEFENDANT'S INITIAL RESPONSE TO COMPLAINT**<br><br>Prior Deadline:　　　September 7, 2018<br><br>New Deadline:　　　September 21, 2018 |

| | |
|---|---|
| 1 | **SECOND STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that Defendant United States Citizenship and Immigration Services ("USCIS") may have up to and including September 21, 2018, to respond to the Complaint.

The reasons for this Stipulation are as follows:

1. Plaintiff Mario Rene Salguero Paiz filed this action on June 20, 2018, against USCIS pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(B). ECF No. 1. Plaintiff served USCIS with the Summons and Complaint on June 27, 2018. ECF No. 8. The United States Attorney's Office received the Summons and Complaint on July 11, 2018.

2. Pursuant to Eastern District Local Rule 144(a), the parties previously stipulated to continue USCIS's deadline to respond to the Complaint to September 7, 2018.

3. The parties are engaged in settlement discussions and require two additional weeks to explore the possibility to settlement. The parties accordingly agree that USCIS may have up to and including September 21, 2018, to respond to the Complaint.

Dated: September 6, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant

HaleyNelson & Heilbrun, LLP

By: /s/ *Sarah Kate Heilbrun* (authorized on 9/6/2018)
SARAH KATE HEILBRUN
Attorneys for Plaintiff

**IT IS SO ORDERED**

Dated: 9/6/18

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge

SECOND STIP. & PROPOSED ORDER FOR CONT'G DEF.'S INITIAL RESP. TO COMPL.

1